UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.     )<br>)<br>BRIAN THIBODEAU,       )<br>)<br>)<br>Defendant        ) | Criminal No.  21cr10049<br><br>Violation:<br>Count One: 18 U.S.C. § 1709<br>(Theft of Mail by Employee) |

### INDICTMENT

### COUNT ONE
Theft of Mail by Employee
(18 U.S.C. § 1709)

The Grand Jury charges:

On or about December 22, 2020, at Saugus, in the District of Massachusetts, the defendant,

BRIAN THIBODEAU,

being a Postal Service employee, did steal and remove an article and thing contained in mail entrusted to him and which came into his possession intended to be conveyed through the mail.

All in violation of Title 18, United States Code, Section 1709.

A TRUE BILL

_____
Foreperson of the Grand Jury

_____
Eugenia M. Carris
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS: February 9, 2021

Returned into the District Court by the jurors and filed.

/s/ Thomas F. Quinn  @ 12:30pm  2/9/21
_____
Deputy Clerk